﻿Citation Nr: AXXXXXXXX
Decision Date: 02/26/21 Archive Date: 02/26/21

DOCKET NO. 201119-121282
DATE: February 26, 2021

ORDER

Entitlement to service connection for bladder cancer is dismissed.

Entitlement to service connection for asbestos is dismissed.

Entitlement to service connection for prostate cancer is dismissed.

FINDING OF FACT

Following a supplemental claim, in January 2021 the Agency of Original Jurisdiction (AOJ) furnished a rating decision which included the above-listed issues; these issues were already pending direct review at the Board and concurrent election is prohibited.

CONCLUSIONS OF LAW

1. The criteria for dismissal of entitlement to service connection for bladder cancer have been met. 38 U.S.C. § 7105.

2. The criteria for dismissal of entitlement to service connection for asbestos have been met. 38 U.S.C. § 7105.

3. The criteria for dismissal of entitlement to service connection for prostate cancer have been met. 38 U.S.C. § 7105.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran served on active duty from May 1956 to February 1958.

This appeal has been advanced on the Board’s docket pursuant to 38 C.F.R. § 20.900(c). 38 U.S.C. § 7107(a)(2).

On January 21, 2021, the Veteran appointed Florida Department of Veterans Affairs (FDVA) as his representative and the Board notification letter was sent to FDVA on January 27, 2021. On January 29, 2021, the Veteran appointed Disabled American Veterans (DAV) as his representative. While DAV has not been provided with an opportunity to present argument in this appeal, the Board finds any due process error is harmless because the appeal is dismissed as a matter of law.

In December 2019, VA issued a Statement of the Case in response to a September 2018 legacy rating decision which denied service connection for asbestos, bladder cancer, and prostate cancer. The Veteran was invited to opt into the Appeals Modernization Act (AMA) system.

On November 3, 2020, the Veteran opted into the AMA system by filing a VA Form 20-0995, Decision Review Request: Supplemental Claim for the issues of asbestos, bladder cancer, and prostate cancer. 38 C.F.R. § 3.2500(a)(2). In a November 5, 2020 rating decision, VA adjudicated the Supplemental Claim, denying service connection for asbestos, bladder cancer, and prostate cancer.

In a November 19, 2020, VA Form 10182 (Decision Review Request: Board Appeal (Notice of Disagreement), the Veteran appealed the November 5, 2020 decision to the Board and requested direct review. 38 C.F.R. § 20.202(b)(1). The specific issues were listed as asbestos, bladder cancer, and prostate cancer.

In January 2021, the Veteran filed a VA Form 20-0995, Decision Review Request: Supplemental Claim requesting review of the November 5, 2020 rating decision for the issues of asbestos, bladder cancer, and prostate cancer. 38 C.F.R. § 3.2500(a)(2).

In January 8, 2021, VA issued a rating decision in response to the Supplemental Claim which confirmed and continued the previous denials of service connection for asbestos, bladder cancer, and prostate cancer. 

The Veteran submitted an appeal to the Board under 38 C.F.R. § 20.202 and then submitted a Supplemental Claim. There is no indication the Veteran withdrew his appeal in accordance with 38 C.F.R. § 20.205 and concurrent election is prohibited. 38 C.F.R. § 3.2500(b).

As the AOJ adjudicated the Supplemental Claim as to all issues appealed, there remains no specific determination for the Board to consider. Accordingly, the issues are dismissed. 38 U.S.C. § 7105. If the Veteran wishes to pursue any of the listed issues, he should seek review of the January 8, 2021 decision. See 38 C.F.R. § 3.2500(a).

 

 

LAURA E. COLLINS

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board K. Bristor

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.